IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CARDALE HAMILTON PLAINTIFF

v. Case No. 1:26-cv-01047

ENTERGY INC.; LAURA LANDREAUX; DREW MARSH; DAN FALSTAD; and PHILLIP MAY DEFENDANTS

**ORDER**

Before the Court is a Report and Recommendation filed on August 31, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 6. Judge Singleton conducted a preservice screening of Plaintiff's Complaint and recommends that Plaintiff's claims be dismissed because this Court does not have subject matter jurisdiction over this matter. *See* 28 U.S.C. §§ 1331, 1332.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 6) *in toto*. Accordingly, the Court finds that Plaintiff's Complaint should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 2nd day of October, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge